

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Firm Fax

July 23, 2020

<u>**VIA CM/ECF**</u>

The Honorable Sherry R. Fallon
Magistrate Judge
United States District Court
844 N. King Street
Unit 14, Room 6100
Wilmington, DE 19801

   Re: *NexStep, Inc. v. Comcast Cable Communications, LLC*
     <u>D. Del. C.A. No. 19-1031-RGA-SRF</u>

Dear Judge Fallon:

 Pursuant to paragraph 12 of the Court's Scheduling Order (D.I. 36), I write on behalf of all parties regarding the September 15, 2020 Claim Construction Hearing.

 NexStep requests a total of two hours for the hearing as there are only six disputed terms. Comcast requests a total of three hours in light of the number of disputed issues and the nature of the disputes across the nine asserted patents.

 Neither party intends to present testimony at the hearing.

 Should Your Honor have any further questions, we are available at the Court's convenience.

             Respectfully,

             */s/ Philip A. Rovner*

             Philip A. Rovner (#3215)

cc: All Counsel of Record – by CM/ECF
6819211