**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NEXSTEP, INC., a Delaware Corporation,   )
        )
     Plaintiff,   )
        )
     v.   )   C.A. No. 19-1031-RGA-SRF
        )
COMCAST CABLE COMMUNICATIONS,   )
LLC a Delaware Limited Liability Company   )
        )
     Defendant.   )

**<u>JOINT PROPOSED AGENDA FOR CLAIM CONSTRUCTION HEARING</u>**

Pursuant to the Court's July 24, 2020 Oral Order, the parties submit the following proposed agenda for the September 15, 2020 claim construction hearing in this action.

    1. Brief introductory remarks (less than 5 minutes per side)

    2. Term 1 ("palm held remote")

    3. Term 2 ("remote control device")

    4. Term 4 ("control device")

    5. Term 3 ("concierge device")

    6. Term 5 ("VoIP")

    7. Term 6 ("master device")

The parties propose to present the argument term-by-term, as listed above, with time split evenly between the parties (no more than 90 minutes total per side, with each side free to allocate its time between the terms).

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)

Paul J. Andre
Lisa Kobialka
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

Jonathan S. Caplan
Aaron M. Frankel
Marcus A. Colucci
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Dated: September 8, 2020

    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Plaintiff*
*NexStep, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

By: */s/ Jack B. Blumenfeld*
    Jack B. Blumenfeld (#1014)

William F. Lee
Sarah Beigbeder Petty
Kate Saxton
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(627) 526-6000

Mary (Mindy) V. Sooter
WILMER CUTLER PICKERING HALE
AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
(720) 274-3135

Dated: September 8, 2020
6862035

    Brian P. Egan (#6227)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com
    began@mnat.com

*Attorneys for Defendants*
*Comcast Cable Communications, LLC*