IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXSTEP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-1031 (RGA) (SRF) |
| ) | |
| COMCAST CABLE COMMUNICATIONS, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Comcast's First Supplemental Invalidity Contentions Pursuant to Paragraph 4(d) of the District of Delaware Default Standard for Discovery* were caused to be served on October 16, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jonathan S. Caplan, Esquire<br>Aaron M. Frankel, Esquire<br>Marcus A. Colucci, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Brian P. Egan* |
| OF COUNSEL: | _____ |
|  | Jack B. Blumenfeld (#1014) |
| William F. Lee | Brian P. Egan (#6227) |
| Sarah Beigbeder Petty | 1201 North Market Street |
| Kate Saxton | P.O. Box 1347 |
| Nina Garcia | Wilmington, DE  19899 |
| Aaron Macris | (302) 658-9200 |
| Rauvin A. Johl | jblumenfeld@mnat.com |
| Kelli J. Powell | began@mnat.com |
| WILMER CUTLER PICKERING HALE |  |
| AND DORR LLP | *Attorneys for Defendant* |
| 60 State Street |  |
| Boston, MA  02109 |  |
| (627) 526-6000 |  |

Mary (Mindy) V. Sooter
Nora Q.E. Passamaneck
H. Rachael Million-Perez
Phillip Takhar
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO  80202
(720) 274-3135

Kevin J. O'Brien
Kathryn Zalewski
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

Amy Kreiger Wigmore
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6096

October 16, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 16, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jonathan S. Caplan, Esquire<br>Aaron M. Frankel, Esquire<br>Marcus A. Colucci, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

/s/ *Brian P. Egan*

Brian P. Egan (#6227)