# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXSTEP, INC., a Delaware Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 19-1031-RGA-SRF |
| ) | |
| COMCAST CABLE COMMUNICATIONS, ) | |
| LLC a Delaware Limited Liability Company ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 2, 2021, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

ADDENDUM TO REBUTTAL EXPERT REPORT OF RAVIN BALAKRISHNAN, PH.D. REGARDING VALIDITY OF U.S. PATENT NO. 9,614,964
[CONFIDENTIAL – OUTSIDE COUNSEL ONLY]

ADDENDUM TO REBUTTAL EXPERT REPORT OF GLENN REINMAN, PH.D. REGARDING VALIDITY OF U.S. PATENT NOS. 7,697,669; 8,494,132; AND 8,885,802

## BY EMAIL

| | |
|---|---|
| Arthur W. Coviello, Esq. | Jack B. Blumenfeld, Esq. |
| Kathryn Zalewski, Esq. | Brian P. Egan, Esq. |
| WILMER CUTLER PICKERING HALE | MORRIS, NICHOLS, ARSHT |
|   AND DORR LLP |   & TUNNELL LLP |
| 2600 El Camino Real, Suite 400 | 1201 North Market Street |
| Palo Alto, CA 94306 | P.O. Box 1347 |
| Arthur.Coviello@wilmerhale.com | Wilmington, DE 19899 |
| Kathryn.Zalewski@wilmerhale.com | JBlumenfeld@MNAT.com |
| | began@mnat.com |
| *Co-Counsel for Defendant* | |
| | *Counsel for Defendant* |

| | |
|---|---|
| William F. Lee, Esq.<br>Sarah Beigbeder Petty, Esq.<br>Nina Garcia, Esq.<br>Aaron Macris, Esq.<br>Rauvin A. Johl, Esq.<br>Kelli J. Powell, Esq.<br>George F. Manley, Esq.<br>Jason H. Liss, Esq.<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>william.lee@wilmerhale.com<br>sarah.petty@wilmerhale.com<br>nina.garcia@wilmerhale.com<br>aaron.macris@wilmerhale.com<br>rauvin.johl@wilmerhale.com<br>kelli.powell@wilmerhale.com<br>George.Manley@wilmerhale.com<br>jason.liss@wilmerhale.com<br><br>*Co-Counsel for Defendant* | Mary (Mindy) V. Sooter, Esq.<br>Phillip Takhar, Esq.<br>Nora Q.E. Passamaneck, Esq.<br>H. Rachael Million-Perez, Esq.<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80202<br>mindy.sooter@wilmerhale.com<br>phillip.takhar@wilmerhale.com<br>nora.passamaneck@wilmerhale.com<br>rachael.million-perez@wilmerhale.com<br><br>Amy Kreiger Wigmore, Esq.<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>amy.wigmore@wilmerhale.com<br><br>*Co-Counsel for Defendant* |
| OF COUNSEL:<br><br>Paul J. Andre<br>Lisa Kobialka<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>(650) 752-1700<br><br>Jonathan S. Caplan<br>Aaron M. Frankel<br>Marcus A. Colucci<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100<br><br>Dated:  September 3, 2021<br>7361729 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Philip A. Rovner*<br>     Philip A. Rovner (#3215)<br>     Jonathan A. Choa (#5319)<br>     Hercules Plaza<br>     P.O. Box 951<br>     Wilmington, DE  19899<br>     (302) 984-6000<br>     provner@potteranderson.com<br>     jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*NexStep, Inc.* |

2