IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEXSTEP, INC.,                              )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    )     C.A. No. 19-1031 (RGA)(SRF)
                                           )
COMCAST CABLE                              )
COMMUNICATIONS, LLC,                       )
                                           )
          Defendant.                       )

**DEFENDANT COMCAST CABLE COMMUNICATIONS, LLC'S**
**MOTION TO STRIKE NEXSTEP, INC.'S NEW DAMAGES THEORIES**

Defendant Comcast Cable Communications, LLC, by and through its undersigned counsel, hereby moves to strike any new damages theory not previously disclosed by NexStep, Inc.'s damages expert, Mr. Reading, including NexStep's purported new damages theory that intends to rely on (1) fact witness Dr. Stepanian to support a not-yet-disclosed royalty rate; and (2) Mr. Reading, whose opinions and testimony regarding damages have been excluded (D.I. 314), to provide testimony on the royalty base.

The grounds for this motion are set forth in the letter filed contemporaneously herewith.

In accordance with D. Del. LR 7.1.1, Comcast's counsel avers that they have made reasonable efforts to reach agreement with NexStep's counsel on this Motion but that NexStep is opposed to the relief requested herein.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____

OF COUNSEL:

William F. Lee
Sarah Beigbeder Petty
Kate Saxton
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA  02109
(627) 526-6000

Amy Kreiger Wigmore
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
(202) 663-6096

Mary (Mindy) V. Sooter
Nora Q.E. Passamaneck
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO  80202
(720) 274-3135

September 17, 2021

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Andrew M. Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
amoshos@morrisnichols.com

*Attorneys for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 17, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>Greg Proctor, Esquire<br>Hien Lien, Esquire<br>Missy G. Brenner, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan S. Caplan, Esquire<br>Aaron M. Frankel, Esquire<br>Marcus A. Colucci, Esquire<br>Benu Wells, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

_____

Brian P. Egan (#6227)