**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEXSTEP, INC., a Delaware Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 19-1031-RGA-SRF |
| COMCAST CABLE COMMUNICATIONS, ) | |
| LLC a Delaware Limited Liability Company ) | |
| ) | |
| Defendant. ) | |

## **VERDICT FORM**

**INSTRUCTIONS**:

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

### Question 1: Literal Infringement

Did NexStep prove by a preponderance of the evidence that Comcast infringes the identified claim of the Asserted Patents by means of literal infringement?

**Answer "Yes" or "No" for each claim. "Yes" is in favor of NexStep and "No" is in favor of Comcast.**

| | | |
|---|---|---|
| **'009 Patent** | Claim 1 | _____ |
| | Claim 16 | _____ |
| | Claim 22 | _____ |
| **'697 Patent** | Claim 1 | _____ |

## Question 2: Infringement by Doctrine of Equivalents

Did NexStep prove by a preponderance of the evidence that Comcast infringes the identified claim of the Asserted Patents by means of infringement under the doctrine of equivalents?

**Answer "Yes" or "No" for each claim. "Yes" is in favor of NexStep and "No" is in favor of Comcast.**

| '009 Patent | Claim 1  | _____ |
|             | Claim 16 | _____ |
|             | Claim 22 | _____ |
| '697 Patent | Claim 1  | _____ |

**For any claims that you found infringed in Question 1 or 2, answer Question 3 for those claims only. If you did not find infringement for any claim in Question 1 or 2, then skip Question 3.**

2

## Question 3: Invalidity

For each claim that you found infringed in Question 1 or 2 above, did Comcast prove by clear and convincing evidence that the claim is invalid?

**Answer "Yes" or "No" for each claim that you found infringed in Question 1 or 2 above. "Yes" is in favor of Comcast and "No" is in favor of NexStep.**

| '009 Patent | Claim 1  | _____ |
|             | Claim 16 | _____ |
|             | Claim 22 | _____ |
| '697 Patent | Claim 1  | _____ |

**Please proceed to the Final Page of the Verdict Form.**

3

4

## Final Page of the Jury Verdict

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____          _____
Signature                                                                   Date