IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEXSTEP, INC.,

        Plaintiff,

v.                                           Civil Action No. 19-1031-RGA

COMCAST CABLE
COMMUNICATION, LLC,

        Defendant.

## TRIAL VERDICT

The jury having deliberated on Plaintiff NexStep's Counts IX, X, and XVII, and having reached a verdict, judgment of infringement is entered for Plaintiff NexStep and against Defendant Comcast on Counts IX and X (the '009 patent) and judgment of non-infringement is entered for Defendant Comcast and against Plaintiff NexStep on Count XVII (the '697 patent).

IT IS SO ORDERED this 28th day of September 2021.

_____
United States District Judge