IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXSTEP, INC., </br></br> Plaintiff, </br></br> v. </br></br> COMCAST CABLE COMMUNICATIONS, LLC, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 19-1031 (RGA) (SRF) </br> ) </br> ) </br> ) </br> ) |

**DECLARATION OF JASON H. LISS IN SUPPORT OF DEFENDANT COMCAST
CABLE COMMUNICATIONS, LLC'S
POST-JUDGMENT MOTION UNDER RULES 50(B) AND 59**

I, Jason H. Liss, declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Comcast Cable Communications, LLC ("Defendant" or "Comcast") in the above-captioned matter. I am licensed to practice law in Massachusetts and am admitted *pro hac vice* in this action.

2. I make this declaration in support of Comcast's Post-Judgment Motion Under Rules 50(b) and 59. I am familiar with the facts set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the Court's September 17, 2021 order regarding damages.

4. Attached hereto as Exhibit B is a true and correct copy of the Table of Contents of NexStep's Rebuttal Expert Report of Ravin Balakrishnan, Ph.D. Regarding Validity of U.S. Patent Nos. 8,280,009, 9,614,964, and 9,866,697.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2021.

*/s/ Jason H. Liss*

---

Jason H. Liss (BBO #672902)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
jason.liss@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 26, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>Greg Proctor, Esquire<br>Hien Lien, Esquire<br>Missy G. Brenner, Esquire<br>James Hannah, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan S. Caplan, Esquire<br>Aaron M. Frankel, Esquire<br>Marcus A. Colucci, Esquire<br>Benu Wells, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)