IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXSTEP, INC., a Delaware Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMCAST CABLE COMMUNICATIONS, ) <br> LLC a Delaware Limited Liability Company ) <br> ) <br> Defendant. ) | C.A. No. 19-1031-RGA-SRF |

**PLAINTIFF NEXSTEP, INC.'S RENEWED**
**<u>MOTION FOR JUDGMENT AS A MATTER OF LAW</u>**

Plaintiff NexStep, Inc. ("NexStep") respectfully renews, pursuant to Fed. R. Civ. P. 50(b), its Motion for Judgment as a Matter of Law that Defendant Comcast Cable Communications, LLC literally infringes the Asserted Claims of U.S. Patent No. 8,280,009.

The grounds for this motion are fully set forth in the Opening Brief, filed contemporaneously herewith, and upon the papers, records and pleadings on file with the Court.

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
James Hannah
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700

Jonathan S. Caplan
Aaron M. Frankel
Marcus A. Colucci
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Dated: October 26, 2021
7446966

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
   Philip A. Rovner (#3215)
   Jonathan A. Choa (#5319)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE  19899
   (302) 984-6000
   provner@potteranderson.com
   jchoa@potteranderson.com

*Attorneys for Plaintiff*
*NexStep, Inc.*