IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEXSTEP, INC.,

                Plaintiff;

v.

COMCAST CABLE COMMUNICATIONS, LLC,

                Defendant.

Civil Action No. 19-1031-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Comcast's motion to strike new damages theories (D.I. 317) is GRANTED.

Entered this 17th day of November, 2021.

    /s/ Richard G. Andrews
United States District Judge