IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXSTEP, INC., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1031 (RGA) (SRF) |
| COMCAST CABLE COMMUNICATIONS, LLC, | ) ) ) ) |
|       Defendant. | ) ) |

**FINAL JUDGMENT**

Whereas, on June 3, 2019, Plaintiff NexStep, Inc. ("NexStep") sued Defendant Comcast Cable Communications, LLC ("Comcast") for infringement of U.S. Patent Nos. 7,444,130 ("'130 patent"), 7,542,753 ("'753 patent"), 7,907,710 ("'710 patent"), 7,697,669 ("'669 patent"), 8,494,132 ("'132 patent"), 8,885,802 ("'802 patent"), 9,614,964 ("'964 patent"), 8,280,009 ("'009 patent"), and 9,866,697 ("'697 patent"). (D.I. 1 at ¶¶ 47-267.)

Whereas, the Court granted-in-part and denied-in-part Comcast's motion for summary judgment and to exclude expert opinions (D.I. 196) on September 16, 2021 (D.I. 314), September 17, 2021 (D.I. 320), and March 29, 2022 (D.I. 369).

Whereas, a trial commenced on September 20, 2021, and the jury rendered a verdict on September 23, 2021. (D.I. 331); and

Whereas, the Court granted-in-part Comcast's motion for judgment as a matter of law (D.I. 327) on May 12, 2022 (D.I. 371).

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment of non-infringement of claim 1 of the '753 patent is entered in favor of Comcast and against NexStep;

2.    Judgment of non-infringement of claim 1 of the '710 patent is entered in favor of Comcast and against NexStep;

3.    Judgment of non-infringement of claims 11 and 13 of the '669 patent is entered in favor of Comcast and against NexStep;

4.    Judgment of non-infringement of claim 1 of the '132 patent is entered in favor of Comcast and against NexStep;

5.    Judgment of non-infringement of claims 1 and 7 of the '802 patent is entered in favor of Comcast and against NexStep;

6.    Judgment of non-infringement of claims 1, 11, 16, and 21 of the '964 patent is entered in favor of Comcast and against NexStep;

7.    Judgment of non-infringement of claim 1 of the '697 patent is entered in favor of Comcast and against NexStep;

8.    Judgment as a matter of law that claim 1 of the '697 patent and claims 1, 16, and 22 of the '009 patent are patent-eligible under 35 U.S.C. § 101 is entered in favor of NexStep and against Comcast;

9.    Judgment of non-infringement of claims 1, 16, and 22 of the '009 patent is entered in favor of Comcast and against NexStep;

10.    Judgment that claims 1, 16, and 22 of the '009 patent are not invalid is entered in favor of NexStep and against Comcast;

11.    NexStep's claim for infringement of '130 patent is dismissed with prejudice; and

12.    Comcast's remaining defenses are dismissed as moot.

IT IS SO ORDERED this 7 day of July, 2022.

RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE